UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRYSTAL BARTZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT MANAGEMENT, LP,<br><br>　　　　　　　　　Defendant. | Case No. 18-CV-412-JPS<br><br><br>ORDER |

On August 22, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #15). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge